## STUART COHN *v.* LYNNE HALL

The defendant's petition for certification for appeal from the Appellate Court (AC 19972) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*James H. Lee*, in support of the petition.

*Richard M. Porter*, in opposition.

Decided February 16, 2000

## BENJAMIN GYADU *v.* PERLSTEIN AND AYARS, P.C.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 20051) is denied.

MCDONALD, C. J., and SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu*, pro se, in support of the petition.

*John R. Horvack, Jr.*, in opposition.

Decided February 16, 2000